JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MATHEW P.W., | ) Case No.: 5:24-cv-00826-JDE |
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand (Dkt. 16, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 19, 2024

JOHN D. EARLY
United States Magistrate Judge