UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATHEW P.W., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | No. 5:24-cv-00826-JDE <br><br> ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 19), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 12, 2024

_____
JOHN D. EARLY
United States Magistrate Judge